**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Decade, S.A.C., LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11668 (CSS) |
| In re:<br><br>Gotham S&E Holdings, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11669 (CSS) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that XXIII Capital Limited ("XXIII Capital") hereby appears in the above-captioned cases through their co-counsel Troutman Sanders LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceedings and all papers served or required to be served in these cases be given and served upon:

| | |
|---|---|
| **TROUTMAN SANDERS LLP**<br>Hugh M. McDonald, Esq.<br>Patrick E. Fitzmaurice, Esq.<br>Jenna C. Hutchinson, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 704-6000<br>Fax: (212) 704-6288<br>Email: hugh.mcdonald@troutman.com<br>Email: patrick.fitzmaurice@troutman.com<br>Email: jenna.hutchinson@troutman.com | **TROUTMAN SANDERS LLP**<br>Andrew B. Buxbaum, Esq.<br>Troutman Sanders Building<br>1001 Haxall Point, 15th Floor<br>Richmond, VA 23219<br>Tel: (804) 697-1200<br>Fax: (804) 697-1339<br>Email:andrew.buxbaum@troutman.com |
| **ASHBY & GEDDES, P.A.**<br>William P. Bowden, Esq.<br>Karen B. Skomorucha Owens, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899-1150<br>Telephone:  (302) 654-1888<br>Facsimile:  (302) 654-2067 | |

| | |
|---|---|
| Email: wbowden@ashbygeddes.com<br>Email: kowens@ashbygeddes.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that XXIII Capital intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which XXIII Capital is or may be entitled under agreements in law or in equity.

*[Signature Page to Follow]*

| | |
|---|---|
| Dated: July 23, 2018 | **ASHBY & GEDDES, P.A.**<br><br>*/s/ William P. Bowden*<br>William P. Bowden (#2553)<br>Karen B. Skomorucha Owens (#4759)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: wbowden@ashbygeddes.com<br><br>-and-<br><br>**TROUTMAN SANDERS LLP**<br>Hugh M. McDonald, Esq.<br>Patrick E. Fitzmaurice, Esq.<br>Jenna C. Hutchinson, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 704-6000<br>Fax: (212) 704-6288<br>Email: hugh.mcdonald@troutman.com<br>Email: patrick.fitzmaurice@troutman.com<br>Email: jenna.hutchinson@troutman.com<br><br>Andrew B. Buxbaum, Esq.<br>Troutman Sanders Building<br>1001 Haxall Point, 15th Floor<br>Richmond, VA 23219<br>Tel: (804) 697-1200<br>Fax: (804) 697-1339<br>Email:andrew.buxbaum@troutman.com<br><br>*Counsel for XXIII Capital Limited* |