Fill in this information to identify the case:

Debtor name   **Decade, S.A.C., LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   18-11668 (CSS)

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
□   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
■   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
□   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
□   Schedule H: Codebtors (Official Form 206H)
■   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
■   Amended Schedule   **A/B and E/F**
□   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
□   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 17, 2018**       X 

Signature of individual signing on behalf of debtor

**Christopher Aden**
Printed name

**Member of the Board of Managers**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **Decade, S.A.C., LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   18-11668 (CSS)

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*...........................................................................................   $   0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........................................................................................   $   26,698,085.39

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..........................................................................................   $   26,698,085.39

| Part 2: | Summary of Liabilities |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..............   $   16,521,074.18

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $   0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................   +$   33,190,640.38

4.   **Total liabilities** .......................................................................................................
Lines 2 + 3a + 3b   $   49,711,714.56

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Decade, S.A.C., LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 18-11668 (CSS) |

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

■ No. Go to Part 2.
☐ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

### Part 2:     Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     Accounts receivable

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | **0.00**<br>face amount | 2,855,833.33  =.... <br> doubtful or uncollectible accounts | **$2,855,833.33** |
| 11b. Over 90 days old: | **0.00**<br>face amount | 21,072,202.06  =.... <br> doubtful or uncollectible accounts | **$21,072,202.06** |
| 11b. Over 90 days old: | **0.00**<br>face amount | 2,770,050.00  =.... <br> doubtful or uncollectible accounts | **$2,770,050.00** |

12.     Total of Part 3.                                                                                         $26,698,085.39

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Debtor    Decade, S.A.C., LLC                              Case number *(if known)*   18-11668 (CSS)
          Name

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

| Debtor | Decade, S.A.C., LLC | Case number *(if known)* | 18-11668 (CSS) |
|---|---|---|---|
| | Name | | |

| 72. | Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | |
|---|---|---|
| 73. | Interests in insurance policies or annuities<br>**Proceeds from the Insurance Agreement with XXIII<br>Capital Limited** | $0.00 |

| 74. | Causes of action against third parties (whether or not a lawsuit<br>has been filed) | |
|---|---|---|
| 75. | Other contingent and unliquidated claims or causes of action of<br>every nature, including counterclaims of the debtor and rights to<br>set off claims | |
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets,<br>country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Debtor    **Decade, S.A.C., LLC**
_____
Name

Case number *(If known)*  18-11668 (CSS)

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,698,085.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,698,085.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,698,085.39 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   Decade, S.A.C., LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   18-11668 (CSS)

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Aaron and Eric Goodwin**<br>**12600 Skyline Boulevard**<br>**Oakland, CA 94619**<br>Date(s) debt was incurred _February 2016_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Unsecured Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | $25,500,000.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Aaron Goodwin**<br>**12600 Skyline Boulevard**<br>**Oakland, CA 94619**<br>Date(s) debt was incurred _September 2016_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Payroll**<br>Is the claim subject to offset? ■ No   ☐ Yes | $275,000.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Aaron Goodwin**<br>**12600 Skyline Boulevard**<br>**Oakland, CA 94619**<br>Date(s) debt was incurred _June 2016, October 2017, December 2017_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Unsecured Loan**<br>Is the claim subject to offset? ■ No   ☐ Yes | $499,000.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Assurance**<br>**111 N. Canal Street**<br>**Suite 550**<br>**Chicago, IL 60606**<br>Date(s) debt was incurred _December 2016_<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Bond**<br>Is the claim subject to offset? ■ No   ☐ Yes | $25,000.00 |

| Debtor | Decade, S.A.C., LLC | Case number (if known) | 18-11668 (CSS) |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>Christopher Aden<br>784 Morris Turnpike<br>#211<br>Short Hills, NJ 07078<br>Date(s) debt was incurred **September 2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Payroll**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$462,500.00** |
|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address<br>CSC<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>Date(s) debt was incurred **December 1, 2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Registration**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,246.00** |
| 3.7 | Nonpriority creditor's name and mailing address<br>David Stewart/SMP Sports<br>1440 W. Bernardo Court<br>San Diego, CA 92127<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Unsecured Promissory Note**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,350,000.00** |
| 3.8 | Nonpriority creditor's name and mailing address<br>Dorsey James<br>784 Morris Turnpike<br>#211<br>Short Hills, NJ 07078<br>Date(s) debt was incurred **September 2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Payroll**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$462,500.00** |
| 3.9 | Nonpriority creditor's name and mailing address<br>Employment Development Dept.<br>State of CA (Taxes)<br>PO BOX 826215 MIC 3A<br>Sacramento, CA 94230<br>Date(s) debt was incurred **March 2016**<br>Last 4 digits of account number **4922** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Payroll State Taxes**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,169.59** |
| 3.10 | Nonpriority creditor's name and mailing address<br>Employment Security Dept.<br>State of WA<br>PO BOX 9046<br>Olympia, WA 98507<br>Date(s) debt was incurred **March 2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Payroll State Taxes**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,000.00** |
| 3.11 | Nonpriority creditor's name and mailing address<br>Eric Goodwin<br>121 Lakeside Avenue<br>Suite B<br>Seattle, WA 98122<br>Date(s) debt was incurred **October 2016**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Payroll**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$81,952.00** |

| Debtor | Decade, S.A.C., LLC | Case number (if known) | 18-11668 (CSS) |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,261.82 |
|---|---|---|---|
| | Fox Rothschild LLP<br>10250 Constellation Boulevard<br>Suite 900<br>Los Angeles, CA 90067 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred September 18, 2017 | Basis for the claim: Legal | |
| | Last 4 digits of account number 3540 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,813.51 |
|---|---|---|---|
| | Genesis Capital<br>3414 Peachtree Road NE<br>Suite 700<br>Atlanta, GA 30326 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred June 1, 2016 | Basis for the claim: Advisory | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188,895.49 |
|---|---|---|---|
| | Genova Burns<br>494 Broad Street<br>Newark, NJ 07102 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred December 1, 2016 | Basis for the claim: Legal | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252,481.62 |
|---|---|---|---|
| | Gordon & Rees LLP<br>1111 Broadway<br>Suite 1700<br>Oakland, CA 94607 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred May 2016 | Basis for the claim: Legal | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318,716.41 |
|---|---|---|---|
| | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred March 2016 | Basis for the claim: Payroll Taxes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $515,103.94 |
|---|---|---|---|
| | Mintz & Gold LLP<br>600 Third Ave<br>25th Floor<br>New York, NY 10016 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred January 2016 | Basis for the claim: Legal Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|
| | W. Jerome Stanley<br>17045 Otsego St.<br>Encino, CA 91316 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred November 2016 | Basis for the claim: Payroll | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **Decade, S.A.C., LLC**
Name

Case number *(if known)*   18-11668 (CSS)

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.    $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 33,190,640.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.    $ | 33,190,640.38 |