**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Decade, S.A.C., LLC, et al.,[1] | Case No. 18-11668 (JKS) (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 19, 2023 AT 2:00 P.M. (ET)**
**ZOOM STATUS CONFERENCE**

> This status conference will be held by Zoom. Parties should register by no later than October 18, 2023 at 12:00 p.m. (ET) using the link provided below. All participants must use their full names when registering and logging into Zoom. Persons without internet access may contact Chambers at (302) 252-3820 to request a toll-free number to appear telephonically at the status conference.
>
> **Register for ZoomGov Meeting:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdu-oqjsqHB2eGRqiykL2Ad_8-m9tF38#/registration

**MATTERS GOING FORWARD:**

1.  Status Conference

    Related Documents:

    a.  Order Setting Status Conference (entered on September 20, 2023 [Dkt. No. 358]

    b.  Notice of Virtual Hearing (filed on September 20, 2023) [Dkt. No. 359]

---

[1] The Debtors and the last four digits of each Debtors' respective federal Employer Identification Number are: Decade, S.A.C., LLC (8395); Gotham S&E Holdings, LLC (5927); Decade S.A.C. Contracts, LLC (7243); Decade S.A.C. II, LLC (5679); and Decade S.A.C. Executives, LLC (9865). All emphasis is added unless noted otherwise.

2

| | |
|---|---|
| Dated: October 16, 2023 | */s/ Alan M. Root* |
| | Alan M. Root (No. 5427) |
| | ARCHER & GREINER, P.C. |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Tel.: 302-777-4350 |
| | Fax: 302-777-4352 |
| | aroot@archerlaw.com |
| | |
| | *General Bankruptcy Counsel to David W. Carickhoff, Chapter 7 Trustee* |