## CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on October 16, 2023, I caused to be served the foregoing Notice of Agenda (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by email upon the following parties:

| Linda J. Casey | Office of the United States Trustee | linda.casey@usdoj.gov |
|---|---|---|
| Micael G. Busenkell | Gellert Scali Busenkell & Brown, LLC | mbusenkell@gsbblaw.com |
| Keith Miller | Perkins Coie LLP | KeithMiller@perkinscoie.com |
| Gary Eisenberg | Perkins Coie LLP | GEisenberg@perkinscoie.com |
| Adam Mandelsberg | Perkins Coie LLP | AMandelsberg@perkinscoie.com |
| Frederick B. Rosner | The Rosner Law Group LLC | rosner@teamrosner.com |
| Jason A. Gibson | The Rosner Law Group LLC | gibson@teamrosner.com |
| Zhao Liu | The Rosner Law Group LLC | liu@teamrosner.com |
| Seth J. Reidenberg | Tybout, Redfearn & Pell | sreidenberg@trplaw.com |
| John A. Elzufon | Elzufon Austin Tarlov & Mondel PA | jelzufon@elzufon.com |
| Andrew P. Carroll | Goldberg Segalla | acarroll@goldbergsegalla.com |
| David M. Fournier | Troutman Pepper Hamilton Sanders LLP | David.Fournier@troutman.com |
| Patrick Fitzmaurice | Pillsbury Winthrop Shaw Pittman LLP | patrick.fitzmaurice@pillsburylaw.com |
| Ricardo Palacio | Ashby & Geddes, P. A. | bankruptcy@ashby-geddes.com |

                                         */s/ Alan M. Root*
                                         Alan M. Root (No. 5427)

227898243 v1