**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: DECADE, S.A.C., LLC | § | Case No. 18-11668-CSS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David Carickhoff</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
824 N Market Street
3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 02/03/2026 in Courtroom #6, Fifth Floor, United States Bankruptcy Court Courthouse, 824 N Market Street, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>12/23/2025</u>                    By: /s/ David W. Carickhoff

                                                                Chapter 7 Trustee

David Carickhoff
1313 N. Market Street
Suite 5400
Wilmington, DE 19801
(302) 468-4595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: DECADE, S.A.C., LLC                          §      Case No. 18-11668-CSS
                                                    §
                                                    §
                                                    §
                    Debtor(s)                       §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 1,263,176.05 |
| *and approved disbursements of:* | $ | 345,021.15 |
| *leaving a balance on hand of[1]:* | $ | 918,154.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 918,154.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David Carickhoff | 61,145.28 | 0.00 | 61,145.28 |
| Attorney for Trustee Fees - Archer & Greiner, P.C. | 286,351.80 | 276,576.80 | 9,775.00 |
| Attorney for Trustee, Expenses - Archer & Greiner, P.C. | 2,603.46 | 2,603.46 | 0.00 |
| Attorney for Trustee Fees - Chipman Brown Cicero & Cole LLP | 64,009.50 | 35,511.00 | 28,498.50 |
| Attorney for Trustee, Expenses - Chipman Brown Cicero & Cole LLP | 327.41 | 26.30 | 301.11 |
| Accountant for Trustee Fees (Other Firm) - Giuliano, Miller & Company, LLC | 14,399.50 | 0.00 | 14,399.50 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - Giuliano, Miller & Company, LLC | 62.88 | 0.00 | 62.88 |

Total to be paid for chapter 7 administrative expenses:       $              114,182.27
Remaining balance:       $              803,972.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:       $              0.00
Remaining balance:       $              803,972.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:       $              0.00
Remaining balance:       $              803,972.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,108,912.58 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IPFS Corporation | 3,491.88 | 0.00 | 210.88 |
| 3 | Fox Rothschild LLP | 130,423.04 | 0.00 | 7,876.34 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C | 519,237.11 | 0.00 | 31,357.08 |
| 5 | Eric Goodwin c/o Perkins Coie LLP | 288,040.55 | 0.00 | 288,040.55 |
| 6 | Aaron Goodwin c/o Perkins Coie LLP | 432,060.82 | 0.00 | 432,060.82 |
| 7 | SMP Sports LLC c/o Cooley LLP | 546,584.00 | 0.00 | 33,008.58 |
| 8 | David K. Stewart Cooley LLP c/o Jay Indyke, Esquire | 0.00 | 0.00 | 0.00 |
| 9 | SMP Sports LLC Cooley LLP c/o Jay Indyke, Esquire | 0.00 | 0.00 | 0.00 |
| 10 | Genova Burns LLC | 189,075.18 | 0.00 | 11,418.38 |

Total to be paid for timely general unsecured claims: $ 803,972.63
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $3,590.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 2 | Department of the Treasury Internal Revenue Service | 3,590.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims:  $              0.00
Remaining balance:  $              0.00


David W. Carickhoff: /s/ David W. Carickhoff

Chapter 7 Trustee

David Carickhoff

1313 N. Market Street

Suite 5400

Wilmington, DE 19801

(302) 468-4595


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-7-NFR (10/1/2010)**